By the Court.
 

 We think, that there is sufficient cause shewn, for holding the defendant to bail. But, it must not be understood, that, by this decision, we give any countenance to an opinion, that he is ultimately liable. It is a question of great delicacy, in which our regard for the rights of a fellow-citizen, and our respect for the sovereignty of a foreign nation, are equally involved. When, therefore, the subject is judicially investigated, we shall be governed, as well by the law of nations, as by our municipal law.
 
 *
 

 *
 

 * The defendant com.;la:ned of his arrett to the government of
 
 France.,
 
 by which it was made a matter of public complaint againft the Federal government; and, eventually, the plaintiff difcontun¿ed
 
 his
 
 action.’